# CERTIFICATE OF SERVICE

I, Gini L. Downing_____(name), certify that service of this summons and a copy of the complaint was made February 4, 2022_____(date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Aqua Pharmaceuticals LLC
5 Great Valley Parkway, Ste. 355
Malvern, PA 19355

Almirall LLC f/k/a Aqua Pharmaceuticals, LLC
Attn: Pablo Alvarez, President
707 Eagleview Blvd., Suite 200
Exton, PA 19341
☒Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Almirall LLC f/k/a Aqua Pharmaceuticals, LLC
Attn: Pablo Alvares, President
101 Lindenwood Drive, Ste. 400
Malvern, PA 19341

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date        February 4, 2022        Signature  /s/ Gini L. Downing_____

            Print Name:             Gini L. Downing_____
                                    Pachulski Stang Ziehl & Jones LLP
                                    10100 Santa Monica Blvd.
                                    13th Floor
            Business Address:       Los Angeles, CA 90067_____

**SENDER: COMPLETE THIS SECTION**

- ☒ Complete items 1, 2, and 3.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Almirall LLC f/k/a Aqua Pharmaceuticals, LLC
Attn: Pablo Alvares, President
101 Lindenwood Drive, Ste. 400
Malvern, PA 19341

9590 9402 3367 7227 2948 55

2. Article Number *(Transfer from service label)*

7017 2400 0000 3936 7371

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt